

FILED
Date _July 18 2011_ Time
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

In The District Court of the United States
For The Middle District of Florida
At Orlando

| | |
|---|---|
| Karl Alan<br>Haus von Schonwalder<br>    Ex Rel America<br>    Claimant<br><br>Vs<br><br>Frank Bonetti,<br>Kimberly L. Burk,<br>William Fowler,<br>Michael Deeb,<br>Joseph Picanzo,<br>Jerry L. Demings,<br>Michael Nikitenko,<br>D. Biard,<br>Michael A. Tidwell,<br>Robert Wesley,<br>Mr Carrol,<br>Jeffery Lee,<br>Thomas Wieczorek,<br>Kenneth A. Barlow,<br>Belvin Perry, Jr.,<br>Lawson Lamar,<br>Antoinette D. Plogstedt<br>Orange County Florida, Circuit Court Clerk,<br><br>Et Al<br>    Répondants. | ) Case No. 6:11-cv-1192-ORL-35-KRS<br>)<br>) Reference: Orange County Florida Circuit Court<br>) Case Nos. 2011CT006697; 2011CT006698;<br>    2011CF007278;<br>)    2011CF007279<br>) **Notice of Transfer To Cure Jurisdiction**<br>)<br>) **Verification, Certification of Office**<br>)<br>) **And Notice of Service** |

**Comes now**, Karl Alan Haus von Schonwalder, hereinafter Karl Alan Schoenwalder, National Citizen at the Commonwealth of Israel sui juris in proper party representative of Yahuah's Kingdom on earth and real party to the action who appears for the Court under 28 U.S.C. § 1654 certifies and verifies as proved in accordance with 28 U.S.C. § 1746 the following **NOTICE OF TRANSFER TO CURE JURISDICTION** found at 28 U.S.C. § 1631, **VERIFICATION,**

**CERTIFICATION OF OFFICE AND NOTICE OF SERVICE** and states for the record of judicial proceedings under the terms of the corrected jurisdiction at 28 U.S.C. § 1653 as follows:

1. **That** he is demanding redress of grievance in accordance with the Constitution for the United States of America pursuant to Article III under the judicial power vested in one supreme Court and such inferior tribunals ordained and established by the congress of the United States of America.
2. **That** he has a right to commence a civil action for deprivation of rights under 28 U.S.C. § 1343 in the United States District Court.
3. **That** he is denied and obstructed from enforcing his rights as an American Commonwealth of Israel Citizen pursuant to 28 U.S.C. § 1443 in the current municipal chancery where the case is pending without the consent of Karl Alan Schonwalder.
4. **That** for cause shown in accordance with 28 U.S.C. § 1446 the persons operating the state enterprise under color of law are enjoined from proceeding with the execution of Karl Alan Schonwalder.
5. **That** the record of judicial proceedings may be transmitted to the office of the District Court of the United States with regards to 28 U.S.C. § 1449 or remain in situ for special session of District Court of the United States under 28 U.S.C. § 141 and 28 U.S.C. § 462.

**Therefore** it is the order of this court that jurisdiction is transferred to **District Court of The United States, Middle District of Florida** for the constitutional conduct of his tribunal in republican form and for all other relief as the protection of the law allows.

_____
Karl Alan Haus von Schoenwalder, unrepresented, sui juris
C/o 8904 SW 22nd Street
Boca Raton, Florida [zip excepted]


**Verification, Certification of Office And Notice of Service**

I, Karl Alan Schoenwalder, do solemnly certify that I faithfully execute the Office of Citizen of the Commonwealth of Israel at the indigenous lands of America, and to the best of my ability, preserve, protect and defend the Laws of Yahuah (God Almighty) and the Constitution for the United States of America and further that I certify under the laws of the indigenous lands of America that conform to the laws of Yahuah in accordance with 28 U.S.C. § 1746 that the foregoing **Notice Of Transfer To Cure Jurisdiction**, is true and correct to my personal knowledge, information and belief agreeable to Rule 11 and that I have served, filed and recorded all documents upon:

United States Court for the Middle District of Florida by sending the originals to the office of the Court at 401 West Central Boulevard, Suite 1200, Orlando, Florida 32801-0120,
Robert E. O'Neill, United States Attorney, 501 W. Church Street, Suite 300, Orlando, Florida 32805,
Eric H. Holder, Jr., Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001,

Orange County Courthouse, Clerk of Courts, P.O. Box 4994, Orlando, FL 32802,
Frank Bonetti, c/o P.O. Box 1440, Orlando, Florida 32802-1440,
Kimberly L. Burk, c/o P.O. Box 1440, Orlando, Florida 32802-1440,
William Fowler, c/o P.O. Box 1440, Orlando, Florida 32802-1440,
Michael Deeb, c/o P.O. Box 1440, Orlando, Florida 32802-1440,
Joseph Picanzo, c/o P.O. Box 1440, Orlando, Florida 32802-1440,
Jerry L. Demings, c/o P.O. Box 1440, Orlando, Florida 32802-1440,
Michael Nikitenko, c/o P. O. Box 4970, Orlando, FL 32802-4970,
D. Biard, c/o P. O. Box 4970, Orlando, FL 32802-4970,
Michael A. Tidwell, c/o P. O. Box 4970, Orlando, FL 32802-4970,
Robert Wesley, c/o 435 N. Orange Ave, Orlando, FL 32801-1505,
Mr Carrol, c/o 435 N. Orange Ave, Orlando, FL 32801-1505,
Jeffery Lee, c/o 435 N. Orange Ave, Orlando, FL 32801-1505,
Thomas Wieczorek, c/o 435 N. Orange Ave, Orlando, FL 32801-1505,
Kenneth A. Barlow, Jr., c/o 425 N Orange Ave, Orlando, FL 32801,
Belvin Perry, Jr., c/o 425 N Orange Ave, Orlando, FL 32801,
Lawson Lamar, c/o 415 North Orange Avenue, Orlando, Florida 32801,
Antoinette D. Plogstedt, c/o 425 N Orange Ave, Orlando, FL 32801.

this ___ th day of _July, 2011_ . In witness thereof I hereupon put my hand and seal.

_____
Karl Alan of the House of Schoenwalder, unrepresented
 C/o 8904 SW 22nd Street, Ste F
 Boca Raton, Florida [zip exceptioned]